UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 20-12136 |
|---|---|---|
| Rainier Propertues International, Inc | ) | (Jointly Administered) |
| Rainier International, LLC | ) | Chapter: 11 |
| Monaco International, LLC | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONFIRMING THE DEBTOR'S
## SUBCHAPTER V PLAN FOR REORGANIZATION

    This matter came before the Court on March 24, 2021, to consider confirmation of the Sub-Chapter V Plan of Reorganization (the "Plan") (ECF. No. 115) filed on November 19, 2020 by Rainier International, LLC. (the "Debtor").  The Court, having considered that all classes of creditors that were required to vote on the Plan have accepted the Plan, and no objections to the Plan have been filed, after notice and a hearing

  IT IS HEREBY ORDERED:

  1. The plan is confirmed under 11 U.S.C. § 1191(a).

  2. The Debtor shall be discharged from any debt to the fullest extent provided by 11 U.S.C. § 1141 (d).

  3. Post Confirmation Status Hearing is set for April 28, 2021 at 10:30 AM at Via Zoom for Government.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 24, 2021

**Prepared by:**
Penelope N. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, Illinois 60062
Phone (847) 564 0808